UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINDSAY JENKINS-DOWNS,<br><br>         Plaintiff,<br><br>    v.<br><br>LHC GROUP, INC, d/b/a/ ASSURED HOME HEALTH AND HOSPICE - CENTRAL BASIN,<br><br>         Defendant. | No.  CV-12-375-RHW<br><br>**ORDER GRANTING STIPULATION FOR ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulation for Order of Dismissal, ECF No. 17. The parties ask that the Court dismiss the above-captioned case with prejudice and without attorneys' fees and costs to any party.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Order of Dismissal, ECF No. 17, is **GRANTED**.

2. The above-captioned case is **dismissed** with prejudice and without attorneys' fees and costs to any party.

**IT IS SO ORDERED**.  The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **close the file**.

**DATED** this 11th day of February, 2013.

         _s/Robert H. Whaley_
         ROBERT H. WHALEY
         United States District Judge

Q:\RHW\aCIVIL\2012\Jenkins-Downs\grant.dismiss2.wpd

**ORDER GRANTING STIPULATION FOR ORDER OF DISMISSAL** ~ 1